IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SOLIS ANGOL,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1368

Opinion filed July 28, 2014.

An appeal from the Circuit Court for Alachua County.
Ysleta W. Mcdonald, Judge.

Stacy A. Scott, Public Defender, and Susan A. Ward, Assistant Public Defender, Gainesville, for Appellant.

No appearance for Appellee.

PER CURIAM.

Upon consideration of appellant's response to the Court's order of July 9, 2014, the Court has determined that its jurisdiction was not timely invoked. See Grant v. State, 102 So. 3d 668 (Fla. 1st DCA 2012). Accordingly, the appeal is dismissed.

PADOVANO, WETHERELL, and MAKAR, JJ., CONCUR.